UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

----------------------------------------x
IN RE MICROSOFT CORP.                   :
ANTITRUST LITIGATION                    :
                                        :   MDL No. 1332
This Document Relates To:               :   Hon. J. Frederick Motz
                                        :
*Christine Barton* v. *Microsoft Corp.* (No. JFM-02-3742) :
*Joey Bruce* v. *Microsoft Corp.* (No. JFM-02-3739)      :
*Karl Green* v. *Microsoft Corp.* (No. JFM-02-3743)      :
*Renae Lucas* v. *Microsoft Corp.* (No. JFM-02-3741)     :
*David Perry* v. *Microsoft Corp.* (No. JFM-02-3740)     :
----------------------------------------x

**MICROSOFT'S MOTION TO DISMISS FIVE COMPLAINTS
ASSERTING MISSISSIPPI STATE-LAW CLAIMS**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Microsoft Corporation moves this Court for an order dismissing the following complaints in their entirety: *Christine Barton* v. *Microsoft Corp.*, (No. JFM-02-3742), *Joey Bruce* v. *Microsoft Corp.* (No. JFM-02-3739), *Karl Green* v. *Microsoft Corp.*, (JFM-02-3743), *Renae Lucas* v. *Microsoft Corp.*, (No. JFM-02-3741), and *David Perry* v. *Microsoft Corp.* (No. JFM-02-3740).

The reasons for this motion are set forth in Microsoft's Memorandum in Support of Its Motion to Dismiss Five Complaints Asserting Mississippi State-Law Claims.

September 2, 2003

*Of Counsel*:

Charles B. Casper
MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 772-1500


Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080


*Attorneys for Microsoft Corporation*

Respectfully submitted,

By: /s/ David B. Tulchin
 David B. Tulchin
 Joseph E. Neuhaus
 SULLIVAN & CROMWELL LLP
 125 Broad Street
 New York, New York 10004
 (212) 558-4000

 Michael F. Brockmeyer
  (Fed. Bar No. 02307)
 Jeffrey D. Herschman
  (Fed. Bar No. 00101)
 PIPER RUDNICK LLP
 6225 Smith Avenue
 Baltimore, MD 21209
 (410) 580-3000

## CERTIFICATE OF SERVICE

I, Jeffrey D. Herschman, hereby certify that a true and correct copy of the attached Microsoft's Motion to Dismiss Five Complaints Asserting Mississippi State-Law Claims was served on September 2, 2003 upon the following by United States mail, first class, postage prepaid:

Stanley M. Chesley
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael D. Hausfeld
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

Brent Hazzard
Hazzard Law
134 East Amite Street
Jackson, Mississippi 39201

Christopher W. Cofer
Cofer & Associates, P.A.
2506 Lakeland Drive
Suite 600
Jackson, Mississippi 39232

_____
Jeffrey D. Herschman